UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-10190-DMG (FFMx)** | Date | April 15, 2019 |
|---|---|---|---|
| Title | *Michael Douglas Carlin v. FGW Productions, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

     On December 12, 2018, the Court ordered Plaintiff to provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters within ten (10) days of that order. [Doc. # 5.] To date, no notices have not been filed.

     IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **April 29, 2019**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of the notices by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.